IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAR 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N F O R M A T I O N |
| Plaintiff, ) | |
| ) | CASE NO. 5:25 CR 00100 |
| v. ) | Title 21, United States Code, |
| ) | Sections 841(a)(1), (b)(1)(C) and |
| EYTON J. SENDERS, ) | 846 |
| JAKE R. LINDSEY, ) | |
| JUSTEN R. BALAY, ) | JUDGE CALABRESE |
| ) | |
| Defendants. ) | MAG JUDGE GRIMES |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute
Hashish Oil, 21 U.S.C. § 846)

The United States Attorney charges:

1. On or about July 1, 2018, through on or about October 31, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants EYTON J. SENDERS, JAKE R. LINDSEY and JUSTEN R. BALAY did unlawfully, knowingly, and intentionally combine, conspire, confederate, with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute more than one kilogram of hashish oil, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE

The United States Attorney Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, defendants EYTON J. SENDERS, JAKE R. LINDSEY and JUSTEN R. BALAY, shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violation; and any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation; including, but not limited to the following:

  A. $988,175.24 received by the United States Marshals Service from the interlocutory sale of the real property located at 100 Mountain View Drive, Moreland Hills, Ohio, Cuyahoga County Permanent Parcel Nos: 913-06-001, 913-06-005;

  B. $384,854.36 received by the United States Marshals Service from the interlocutory sale of the real property located at 2664 South Green Road, Shaker Heights, Ohio, Cuyahoga County Permanent Parcel No. 734-03-026;

  C. $220,985.32 received by the United States Marshals Service from the interlocutory sale of the real property located at 2104 South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-020 and the vacant residential lot located on South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-021;

  D. $151,886.31 received by the United States Marshals Service from the interlocutory sale of the real property located at 2110 South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-019;

  E. $2,705,138.97 received by the United States Marshals Service from the interlocutory sale of the Real Property located at 952 N Laurel Avenue, Los Angeles, California, Los Angeles County AIN 5529-023-023;

  F. $1,461,020.36 received by the United States Marshals Service from the interlocutory sale of the Real Property located at 806 N Vista Street, Los Angeles, California, Los Angeles County Assessor AIN 5526-005-024;

G. Patek Philippe Rose Gold Men's Wrist Watch, Model No. 5980/1R-001, Serial No. 797834/6192290;

H. Rolex Stainless Men's Wrist Watch, Model No. 115234, Serial No. 245E1318;

I. Rolex Stainless Men's Wrist Watch, Model No. 116234, Serial No. 17T10743;

J. Rolex 18k Rose Gold Men's Wrist Watch, Model No. 218235, Serial No. 38HZ3155;

K. Metalor Kilogram Gold Bar, Serial No. 18144504;

L. $2,158,215.00 in U.S. Currency;

M. $39,108.00 in U.S. Currency;

N. Approximately 65 Bitcoin maintained in a ghost wallet on a Trezor devise in the control and/or possession of EYTON J. SENDERS;

O. 100 Bitcoin maintained at Tantra Labs in the control and/or possession of JUSTEN R. BALAY;

P. 20 Bitcoin in a Bitcoin wallet in the control and/or possession of JUSTEN R. BALAY; and

Q. 2019 black Harley Davidson Motorcycle, FXBRS, VIN: 1HD1YHK61KB067628, titled to JUSTEN R. BALAY.

CAROL M. SKUTNIK
Acting United States Attorney

By: *Michael L. Collyer*
MICHAEL L. COLLYER
Criminal Chief