IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:25CR100 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| EYTON J. SENDERS, et al., | ) | NOTICE OF RELATED CASE |
| | ) | |
| Defendants. | ) | |

Now comes the United States of America, by and through its counsel, Carol M. Skutnik, Acting United States Attorney, and David M. Toepfer, Assistant United States Attorney, and hereby notifies this Court, pursuant Local Rule 57.9(b)(3). This matter charges crimes that are part of the same fact situation and allegations involved in Case No. 5:24CR278, *United States v. Thomas Chastain*. To allow for the expeditious administration of this case, the government respectfully requests that the Court immediately enter an order transferring this matter to Judge Solomon Oliver, Jr.

                                                                        Respectfully submitted,

                                                                        CAROL M. SKUTNIK
                                                                        Acting United States Attorney

By:   /s/ David M. Toepfer
        David M. Toepfer   (OH: 0068008)
        Assistant United States Attorney
        100 East Federal Street, Ste. 325
        Youngstown, OH 44503
        (330) 740-6986  FAX: (330) 301-9049
        David.Toepfer@usdoj.gov