UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 5:25-cr-00100-JPC-1 |
| | : | |
| Plaintiffs, | : | Judge J. Philip Calabrese |
| | : | |
| -vs- | : | |
| | : | |
| EYTON J. SENDERS, | : | **NOTICE OF APPEARANCE OF** |
| | : | **CO-COUNSEL** |
| Defendant. | : | |
| | : | |

Please take notice that the Defendant, Eyton J. Senders, in the above-referenced matter has retained Justin M. Weatherly, Esq., of the law offices of HMW Law, Co., L.P.A. as legal counsel pursuant to the above-captioned matter. As such, Justin M. Weatherly, Esq., will be appearing as co-counsel pursuant to the above-captioned matter for the remainder of this case.

Respectfully Submitted,

s/ Justin M. Weatherly, Esq._____
JUSTIN M. WEATHERLY, Esq.
Reg. No. 0078343
HMW Law, Co. LPA
1231 Superior Avenue
Cleveland, Ohio 44113
(216) 774-0000
jw@hmwlawfirm.com
Counsel for Defendant Eyton J. Senders

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically delivered to the following on this day of 25th day of March 2025:

David M. Toepfer
Office of the U.S. Attorney - Youngstown
Northern District of Ohio
325 City Centre One
100 East Federal Plaza
Youngstown, OH 44503
330-740-6986
Fax: 330-746-0239
Email: david.toepfer@usdoj.gov

Henry F. DeBaggis , II
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3749
Fax: 216-522-7499
Email: henry.debaggis@usdoj.gov

/s/ Justin M. Weatherly, Esq.
JUSTIN M. WEATHERLY, Esq.
Counsel for Defendant Eyton J. Senders