IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25CR100 |
|---|---|---|
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| v. | ) | |
| EYTON J. SENDERS, | ) | |
| Defendant. | ) | PRELIMINARY ORDER OF FORFEITURE |

The United States of America has filed a Motion for a Preliminary Order of Forfeiture in the above-captioned case.

1. On March 17, 2025, the Acting United States Attorney sitting in this district filed a one-count information against Eyton J. Senders, and two co-defendants, charging them with a federal drug conspiracy pursuant to 21 U.S.C. § 846.

2. The information further sought forfeiture, pursuant to 21 U.S.C. § 853, of any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the federal drug violation charged in Count 1; and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the federal drug violation charged in Count 1; including, but not limited to, the following assets related to Eyton Senders:

   A. $988,175.24 received by the United States Marshals Service from the interlocutory sale of the real property located at 100 Mountain View Drive, Moreland Hills, Ohio, Cuyahoga County Permanent Parcel Nos: 913-06-001, 913-06-005;

   B. $384,854.36 received by the United States Marshals Service from the interlocutory sale of the real property located at 2664 South Green Road, Shaker Heights, Ohio, Cuyahoga County Permanent Parcel No. 734-03-026;

C. $220,985.32 received by the United States Marshals Service from the interlocutory sale of the real property located at 2104 South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-020 and the vacant residential lot located on South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-021;

D. $151,886.31 received by the United States Marshals Service from the interlocutory sale of the real property located at 2110 South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-019;

E. $2,705,138.97 received by the United States Marshals Service from the interlocutory sale of the Real Property located at 952 N Laurel Avenue, Los Angeles, California, Los Angeles County AIN 5529-023-023;

F. Patek Philippe Rose Gold Men's Wrist Watch, Model No. 5980/1R-001, Serial No. 797834/6192290;

G. Rolex Stainless Men's Wrist Watch, Model No. 115234, Serial No. 245E1318;

H. Rolex Stainless Men's Wrist Watch, Model No. 116234, Serial No. 17T10743;

I. Rolex 18k Rose Gold Men's Wrist Watch, Model No. 218235, Serial No. 38HZ3155;

J. Metalor Kilogram Gold Bar, Serial No. 18144504;

K. $2,158,215.00 in U.S. Currency;

L. $39,108.00 in U.S. Currency;

M. Approximately 65 Bitcoin maintained in a ghost wallet on a Trezor devise in the control and/or possession of Eyton Senders.

3. On April 22, 2025, at a change of plea hearing, Eyton J. Senders entered into a plea agreement pleading guilty to the federal drug violation charged in Count 1 of the information. Additionally, pursuant to 21 U.S.C. § 853, Eyton J. Senders agreed to the forfeiture of the following properties, as they constitute or were derived from proceeds obtained directly, or indirectly, as a result of the criminal activity charged in Count 1, and/or were used or intended to

be used in any manner or part to commit or to facilitate the criminal activity charged in Count 1, and are, therefore, subject to forfeiture:

    A.    $988,175.24 received by the United States Marshals Service from the interlocutory sale of the real property located at 100 Mountain View Drive, Moreland Hills, Ohio, Cuyahoga County Permanent Parcel Nos: 913-06-001, 913-06-005;

    B.    $384,854.36 received by the United States Marshals Service from the interlocutory sale of the real property located at 2664 South Green Road, Shaker Heights, Ohio, Cuyahoga County Permanent Parcel No. 734-03-026;

    C.    $220,985.32 received by the United States Marshals Service from the interlocutory sale of the real property located at 2104 South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-020 and the vacant residential lot located on South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-021;

    D.    $151,886.31 received by the United States Marshals Service from the interlocutory sale of the real property located at 2110 South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-019;

    E.    $2,705,138.97 received by the United States Marshals Service from the interlocutory sale of the Real Property located at 952 N Laurel Avenue, Los Angeles, California, Los Angeles County AIN 5529-023-023;

    F.    Patek Philippe Rose Gold Men's Wrist Watch, Model No. 5980/1R-001, Serial No. 797834/6192290;

    G.    Rolex Stainless Men's Wrist Watch, Model No. 115234, Serial No. 245E1318;

    H.    Rolex Stainless Men's Wrist Watch, Model No. 116234, Serial No. 17T10743;

    I.    Rolex 18k Rose Gold Men's Wrist Watch, Model No. 218235, Serial No. 38HZ3155;

    J.    Metalor Kilogram Gold Bar, Serial No. 18144504;

    K.    $2,158,215.00 in U.S. Currency;

    L.    $39,108.00 in U.S. Currency;

    M.    $22,000.00 in U.S. Currency seized on March 10, 2022, from a third-party recipient of the currency received from Defendant;

N. $252,906.38 in funds seized on September 22, 2020, from a bank account ending in 4527, for which Defendant represents that he effectively has complete ownership and authority;

O. $170,369.16 of the $200,369.16 in funds seized on September 22, 2020, from a Sendies Boys LLC bank account ending in 4831, for which Defendant represents that he effectively has complete ownership and authority; and

P. Approximately 65 Bitcoin maintained in a ghost wallet on a Trezor devise in the control and/or possession of Eyton Senders.

Defendant Senders further agreed as follows:

i. To take whatever steps are necessary to pass clear title to the United States.

ii. To execute whatever agreements, stipulations, and/or other documents that are necessary to effectuate the forfeiture of said properties.

iii. Defendant has filed a verified claim to assets A-L, described above, in a related parallel civil case captioned, *United States v. Real Property located at 100 Mountain View Drive, Moreland Hills, Ohio, Cuyahoga County Permanent Parcel Nos: 913-06-001, 913-06-005, et al.,* (NDOH Civil Case No. 1:21CV564; Judge Christopher Boyko), to which he agreed to forfeit. Defendant withdrew said verified claims and agreed to the criminal forfeiture of assets A-L as stated herein.

iv. Additionally, *100 Mountain View, LLC, ES Global Real Estate Holding, LLC, Corner Green, LLC*, and *N. Laurel Avenue Property Holdings, LLC*, have filed verified claims in a related parallel civil case captioned, *United States v. Real Property located at 100 Mountain View Drive, Moreland Hills, Ohio, Cuyahoga County Permanent Parcel Nos: 913-06-001, 913-06-005, et al.,* (NDOH Civil Case No. 1:21CV564; Judge Christopher Boyko), to certain properties, described above, which Defendant has agreed to forfeit. Defendant stated he is the sole owner and authorized representative of the above-described LLCs. In this

4

capacity as the authorized representative of *100 Mountain View, LLC, ES Global Real Estate Holding, LLC, Corner Green, LLC,* and *N. Laurel Avenue Property Holdings, LLC*, Defendant consented to the forfeiture. Defendant agreed that the above LLCs will not contest the forfeiture action against any of the properties Defendant Senders has agreed to forfeit.

 v. Defendant reviewed the Information and stated he is not the owner of, has no interest in, and will not contest the forfeiture of the remaining assets listed therein.

 4. By virtue of the foregoing, the United States is entitled to possession of the subject property pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

 1. The United States is hereby authorized to seize the following properties, and they are hereby forfeited pursuant to FED. R. CRIM. P. 32.2(b)(2)(A) and 21 U.S.C. § 853, to the United States for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

 A. $988,175.24 received by the United States Marshals Service from the interlocutory sale of the real property located at 100 Mountain View Drive, Moreland Hills, Ohio, Cuyahoga County Permanent Parcel Nos: 913-06-001, 913-06-005;

 B. $384,854.36 received by the United States Marshals Service from the interlocutory sale of the real property located at 2664 South Green Road, Shaker Heights, Ohio, Cuyahoga County Permanent Parcel No. 734-03-026;

 C. $220,985.32 received by the United States Marshals Service from the interlocutory sale of the real property located at 2104 South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-020 and the vacant residential lot located on South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-021;

 D. $151,886.31 received by the United States Marshals Service from the interlocutory sale of the real property located at 2110 South Green Road, South Euclid, Ohio, Cuyahoga County Parcel No. 703-22-019;

E. $2,705,138.97 received by the United States Marshals Service from the interlocutory sale of the Real Property located at 952 N Laurel Avenue, Los Angeles, California, Los Angeles County AIN 5529-023-023;

F. Patek Philippe Rose Gold Men's Wrist Watch, Model No. 5980/1R-001, Serial No. 797834/6192290;

G. Rolex Stainless Men's Wrist Watch, Model No. 115234, Serial No. 245E1318;

H. Rolex Stainless Men's Wrist Watch, Model No. 116234, Serial No. 17T10743;

I. Rolex 18k Rose Gold Men's Wrist Watch, Model No. 218235, Serial No. 38HZ3155;

J. Metalor Kilogram Gold Bar, Serial No. 18144504;

K. $2,158,215.00 in U.S. Currency;

L. $39,108.00 in U.S. Currency;

m. $22,000.00 in U.S. Currency seized on March 10, 2022, from a third-party recipient of the currency received from Defendant;

N. $252,906.38 in funds seized on September 22, 2020, from a bank account ending in 4527, for which Defendant represents that he effectively has complete ownership and authority;

O. $170,369.16 of the $200,369.16 in funds seized on September 22, 2020, from a Sendies Boys LLC bank account ending in 4831, for which Defendant represents that he effectively has complete ownership and authority; and

P. Approximately 65 Bitcoin maintained in a ghost wallet on a Trezor devise in the control and/or possession of Eyton Senders[1].

2. Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish, on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, notice of this Order, notice of the United States intent to dispose of the subject property, in such manner as

---

[1] Defendant received the 65 Bitcoin from Shane Hvizdzak, which were represented by Hvizdzak to be returns on payments on an earlier investment which Defendant made with Hvizdzak using proceeds Defendant obtained, directly or indirectly, as the result of the violation of 21 U.S.C. § 846, to which Defendant pled guilty.

the Attorney General may direct, and notice that any person, other than Defendant Eyton J. Senders, having or claiming a legal interest in the forfeited property, must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of any actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the forfeited subject property, as a substitute for published notice as to those persons so notified.

Upon adjudication of any and all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

---

3. Additionally, the remaining $30,000.00 of the $200,369.16 in funds seized from a Sendies Boys LLLC bank account ending in 4831 is hereby DISMISSED. The United States shall make arrangements to return the remaining $30,000.00 to Defendant Senders, through his counsel, Edmund Searby.

IT IS SO ORDERED this __23__ day of _____June_____, 2025.

J. PHILIP CALABRESE
UNITED STATES DISTRICT JUDGE